**Dennis Eugene ROSS, Petitioner–Appellant,**

v.

**Kenny ATKINSON, Warden, Respondent–Appellee.**

No. 12–6351.

United States Court of Appeals, Fourth Circuit.

Submitted: June 4, 2012.

Decided: June 13, 2012.

Dennis Eugene Ross, Appellant Pro Se.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Eugene Ross, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ross v. Atkinson,* No. 6:11–cv–03154–GRA, 2012 WL 258129 (D.S.C. Jan. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*